UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 06-116-WOB

RUBEN MORGAN
    a/k/a Benjamin Jenkins,                                            PETITIONER

VS.

BOONE COUNTY, KENTUCKY,                                  RESPONDENT

**MEMORANDUM ORDER**

The undersigned magistrate judge previously recommended the denial and dismissal of petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, both because relief was not available under §2254 but only (if at all) under 28 U.S.C. §2241, and because petitioner had clearly failed to exhaust either remedies available to him under the Interstate Agreement on Detainers (IAD) or through the Kentucky state courts. No timely objections were filed.

On June 27, 2006, petitioner filed a "motion to refile" his habeas corpus petition together with a motion to appoint counsel. Both motions were denied by Memorandum Order filed July 3, 2006. On July 6, 2006, the petitioner filed a document construed as a status report, along with an Exhibit to that document. On July 7, 2006 the court noted the existence of the documents, which did not alter the previous Report and Recommendation ("R&R"), and directed the Clerk to submit the record to the presiding district judge for adoption or rejection of the R&R. On July 10, 2006, the presiding district judge adopted the Report and Recommendation and dismissed the underlying petition.

Notwithstanding the dismissal of this litigation, petitioner filed on July 12, 2006[1] yet another

---

[1] It appears that petitioner's most recent filing crossed in the mail with the court's order dismissing his petition.

"motion to refile" his habeas petition and an exhibit (Affidavit). For reasons previously explained in the R&R and the Memorandum Order of July 3, 2006, petitioner's most recent motion will be denied. Petitioner's general complaints concerning his medical treatment and/or his concerns about his receipt of his legal mail would not be cognizable in this habeas proceeding even if this litigation were still pending.

**Accordingly, IT IS ORDERED THAT:**

1. The motion to refile [DE #9] is **denied**.

2. AS THE UNDERLYING PETITION FOR WRIT OF HABEAS CORPUS HAS BEEN DENIED AND THIS CASE HAS BEEN DISMISSED FROM THE ACTIVE DOCKET, NO FURTHER PLEADINGS NEED BE FILED.

This the 14th day of July 2006.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge